IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ARGONAUT-MIDWEST**
**INSURANCE COMPANY,**

**Plaintiff/Counter Defendant,**

v.                                                                  No. CIV 16-0540 JCH/LAM

**MANUEL GALLEGOS, SR.,**

    **Defendant/Counter Claimant/Third-Party Plaintiff,**

v.

**WESTERN STATES**
**INSURANCE COMPANY,**

    **Third-Party Defendant.**

## ORDER ADOPTING JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN WITH CHANGES

At the Rule 16 scheduling conference held on March 22, 2017, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan [*Doc. 25*], filed March 14, 2017, and adopted it as modified by the dates provided in the Court's Scheduling Order, filed concurrently with this Order.

    **IT IS SO ORDERED.**

                                                                         _____
                                                                         **LOURDES A. MARTÍNEZ**
                                                                         **UNITED STATES MAGISTRATE JUDGE**